UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KYLE BEALS, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 1:12-cv-1357-JMS-MJD |
| | ) |
| KEITH BUTTS, | ) |
| | ) |
| Respondent. | ) |

**E N T R Y**

The petitioner's objection to the respondent's motion to submit evidence under seal [19] is treated as a motion to reconsider the order granting that motion. *See Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . ."). The petitioner first contends that the Report of Investigation was not entered into evidence as part of the disciplinary hearing at issue in this case. This contention is not persuasive because, as noted in the respondent's brief, the conduct report does refer to an attached Report of Investigation. The petitioner's further argument that information obtained for the Report of Investigation was done so in violation of his constitutional rights is not material given the court's limited scope of review in this habeas action. Therefore, his motion to reconsider [19] is **denied.**

IT IS SO ORDERED.

Date: 01/25/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Kyle Beals
No. 881294
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

kathy.bradley@atg.in.gov